

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jeffrey Dane Smith,

\* From the 266th District Court
of Erath County,
Trial Court No. 23-FAMDC-00097.

Vs. No. 11-25-00272-CV

\* October 2, 2025

Kristin Lee Smith,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Jeffrey Dane Smith's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.